1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   SHANE SINGH, SB# 202733
2      E-Mail: Shane.Singh@lewisbrisbois.com
   2850 Gateway Oaks Drive, Suite 450
3  Sacramento, California 95833
   Telephone: 916.564.5400
4  Facsimile: 916.564.5444

5  Attorneys for Defendants,
   STARBUCKS COFFEE COMPANY and
6  PAN CAL PRINCETON PLAZA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG CRANDALL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STARBUCKS CORPORATION, a Washington corporation, aka STARBUCKS COFFEE COMPANY, dba STARBUCKS COFFEE #5481; PAN CAL PRINCETON PLAZA, LLC, a California limited liability company,<br><br>　　　　Defendants. | CASE NO. 5:14-CV-05316-HRL<br><br>**REQUEST FOR ADMINSTATIVE RELIEF;** ~~PROPOSED~~ **ORDER**<br><br>Trial Date:　　None Set<br><br>[Re: Dkt. 14] |

TO:  The Honorable Court and All Interested Parties:

　　　Defendants are respectfully requesting that the Court continue for thirty (30) days the General Order 56 requirement that that in-person "meet & confer" take place by April 23, 2015. Defendants' counsel has discussed this Request for Administrative Relief with plaintiff's counsel. Counsel has been advised that plaintiff CRANDALL will not be opposing this request.

　　　The parties have been engaged in discussion regarding the injunctive relief. An issue has arisen regarding the location of the disabled parking. Defendants have scheduled a conference to take place at the subject location between the retailer, landlord and a contractor on April 28, 2015. This conference will allow the defendants to evaluate the equitable demand regarding disabled

1  parking and potentially resolve all of plaintiff's equitable claims.

2      As such, defendants request that the deadline to complete the meet & confer conference be

3  extended thirty (30) days from April 23, 2015 to May 25, 2015.

4

5  DATED: April 22, 2015                SHANE SINGH
                                        LEWIS BRISBOIS BISGAARD & SMITH LLP
6

7

8                                       By:      /s/ Shane Singh, Esq.
                                        Shane Singh
9                                       Attorneys for Defendants, STARBUCKS
                                        COFFEE COMPANY and PAN CAL
10                                      PRINCETON PLAZA, LLC

11

12                                   **ORDER**

13      The Court has considered the defendants request and good cause appearing, the General

14  Order 56 deadline to complete the meet & confer conference is extended to May 25, 2015.  The

15  parties shall file a Notice of Need for Mediation within fourteen (14) days of the meet & confer

16  conference, if necessary.

17

18

19  DATED:   April 27, 2015

20

21

22                                      Howard R. Lloyd
                                        United States Magistrate Judge
23

24

25

26

27

28